**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x

SAUL COHEN,

                Plaintiff,

                v.

CENTRAL CREDIT SERVICES, LLC,

                Defendant.

-----------------------------------------------------------x

Case No. 15-cv-06909

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Saul Cohen and his counsel hereby give notice that he voluntarily dismiss his claim against the Defendant with prejudice.

Dated: December 28, 2015

Edward B. Geller, Esq., P.C. by

*/s/ Edward B. Geller/*

Edward B. Geller, Esq.

Attorney for Plaintiff